# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN COHEN and CAROL COHEN, his wife, individually and jointly, | )<br>)<br>) |
| Plaintiffs, | )<br>) Civil Action No. 07-cv-1620 |
| v. | )<br>) Judge Gary L. Lancaster |
| THE OHIO CASUALTY GROUP, | ) Magistrate Judge Cathy Bissoon |
| Defendant. | ) |

## **MEMORANDUM ORDER**

On August 27, 2008, this case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On January 30, 2009, the magistrate judge issued a Report (Doc. 21) recommending that Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 7) be granted in part and denied in part. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 5th day of March, 2009, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 7) is **GRANTED IN PART** and **DENIED IN PART**, as described in the Report and Recommendation.

The Report and Recommendation of Magistrate Judge Bissoon dated January 30, 2009 is hereby adopted as the opinion of the District Court.

Gary L. Lancaster
United States District Judge

cc (via email):

Monte J. Rabner, Esq.
George M. Evan, Esq.
Edward A. Schenck, Esq.