IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN COHEN and CAROL COHEN, | : |
| | : Docket No. 02-07-cv-01620 |
| Plaintiffs, | : |
| | : Honorable Gary Lancaster |
| v. | : U.S. District Court Judge |
| | : |
| THE OHIO CASUALTY GROUP, | : Honorable Cathy Bissoon |
| | : U.S. Magistrate Judge |
| Defendant. | : |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties who have appeared in this action, through their designated counsel, that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party to bear their own costs.

RABNER LAW OFFICES

By: _____
Monte J. Rabner, Esquire
Attorneys for Plaintiffs, Alan Cohen and
Carol Cohen

Suite 800 Law & Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219

GROGAN GRAFFAM, P.C.

By: _____
George M. Evan, Esquire
Attorneys for Defendant, Ohio Casualty
Group

Four Gateway Center, 12th Floor
Pittsburgh, PA 15222

SO ORDERED. this 24th day of October, 2009.

_____
Hon. Gary L. Lancaster, Chief U.S District Judge

{W0242113.1}